**Order filed May 24, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00330-CV

## IN RE HOWARD STEWART LAW, II, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-74082**

## ORDER

On May 5, 2022, relator Howard Stewart Law, II filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Linda Marie Dunson, presiding judge of the 309th District Court of Harris County, to vacate the trial court's March 14, 2022 temporary order, as it pertains to relator's monthly child support obligation.

Relator's appendix to his petition for writ of mandamus and mandamus record contain multiple documents with unredacted sensitive information regarding minor children. *See* Tex. R. App. P. 9.9(a)(3). Parties are required to redact all sensitive information in documents filed in this court unless the inclusion of the sensitive data is specifically required by a statute, court rule, or administrative regulation. Tex. R. App. P. 9.9(b). There is no statute, court rule, or administrative regulation requiring the inclusion of sensitive data.

Accordingly, we **ORDER** relator to redact all sensitive information from the documents included with his appendix to the petition and mandamus record and refile the documents in this court on or before May 31, 2022. Relator's failure to comply with this order will result in the denial of relator's petition.

PER CURIAM

Panel consists of Justices Zimmerman, Spain, and Poissant.